UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

COMMONWEALTH LAND TITLE
INSURANCE COMPANY,

           Plaintiff,

      v.

MICHAEL McGARRY,

           Defendant.

Case No._____

---

## NOTICE OF REMOVAL

---

**TO:**   **Plaintiff, Commonwealth Land Title Insurance Company**
      c/o Alexander Rozett
      Fidelity National Law Group
      35 West Wacker Drive, 9th Floor
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that Defendant Michael McGarry, by his undersigned counsel, removes the above-captioned action from the Circuit Court for Waukesha County, State of Wisconsin, to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

1.     On June 18, 2026, Plaintiff Commonwealth Land Title Insurance Company ("Commonwealth") filed a Summons and Complaint against Defendant Michael McGarry in the Circuit Court for Waukesha County, Wisconsin, Case No. 2026CV001097.

2.     Attached as **Exhibit 1** is a true and correct copy of all process, pleadings, and orders served upon Defendant in Waukesha County Case No. 2026CV001097.

3. Defendant accepted service of the Summons and Complaint on July 1, 2026.

4. The Law Office of Kevin M. Scott LLC, by Attorney Kevin M. Scott, has been retained to represent Defendant Michael McGarry in this action.

5. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a). Plaintiff Commonwealth Land Title Insurance Company is a corporation incorporated under the laws of the State of Florida with its principal place of business in Jacksonville, Florida, and is therefore a citizen of Florida. Defendant Michael McGarry is a citizen of the State of Wisconsin.

6. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Removal of this action is timely because fewer than thirty (30) days have elapsed since Defendant received the initial pleading. 28 U.S.C. § 1446(b).

8. Venue is proper in the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 124(c) and 1441(a) because the action is pending in Waukesha County, Wisconsin.

9. By filing this Notice of Removal, Defendant does not waive and expressly preserves all defenses, objections, and motions available under the Federal Rules of Civil Procedure, including without limitation any defenses under Rule 12.

10. By copy of this Notice, Defendant has provided notice to Plaintiff and will promptly file a copy of this Notice with the Clerk of the Circuit Court for Waukesha County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Michael McGarry respectfully removes Waukesha County Circuit Court Case No. 2026CV001097 to the United States District Court for the Eastern District of Wisconsin for all further proceedings.

Dated this 23rd day of July, 2026

THE LAW OFFICE OF KEVIN M. SCOTT LLC

*Electronically signed by Kevin M. Scott*
Kevin M. Scott (SBN 1036825)
2665 S. Moorland Rd.,
Suite 200
New Berlin, WI 53151
Telephone:   (414) 899-8273
Email:          kevin@kevinscottlaw.com

Attorneys for Defendant